1  Bruce C. Fox, Esquire
   bruce.fox@obermayer.com
2  Yuanyou Yang, Esquire
   sunny.yang@obermayer.com
3  Andrew J. Horowitz, Esquire
   andrew.horowitz@obermayer.com
4  OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
   BNY Mellon Center, Suite 5240
5  500 Grant Street
   Pittsburgh, PA  15219
6  Tel:   (412) 566-1500
   Fax:   (412) 566-1508
7

8  Laura L. Ho (SBN 173179)
   lho@gbdhlegal.com
   GOLDSTEIN, BORGEN, DARDARIAN & HO
9  300 Lakeside Drive, Suite 1000
   Oakland, CA  94612
10 Tel:   (510) 763-9800
   Fax:   (510) 835-1417
11

12 Attorneys for Plaintiffs and the Putative Class

13                    **UNITED STATES DISTRICT COURT**

14                   **NORTHERN DISTRICT OF CALIFORNIA**

15

16 | LUCIEANN TALAMANTES, ROBERT | Case No.: 3:13-CV-04062 |
   | CAHIGAL, HECTOR GARCIA, DEWEY | |
17 | TAKAGI, AND BRIAN HOLLIDAY, on behalf | CLASS, COLLECTIVE, AND |
   | of themselves and all others similarly situated, | REPRESENTATIVE ACTION |
18 | | |
   |         Plaintiffs, | **PLAINTIFFS' NOTICE OF FILING OF** |
19 | | **CONSENT TO JOIN FORM UNDER THE FAIR** |
   | vs. | **LABOR STANDARDS ACT 29 U.S.C. § 216(B)** |
20 | | |
   | PPG INDUSTRIES, INC., | Hon. William H. Orrick |
21 | | |
   |         Defendant. | |
22

23

24

25

26

27

28

529239.1

Plaintiffs, pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act, hereby submit the following Consent to Join Form for the following individual:

1. Michael Alan Gilbert

2. Kevin P. Sullivan

Dated:  May 29, 2014                    Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO


 /s/Laura L. Ho                                        
Laura L. Ho

Attorneys for Plaintiffs and the Putative Class

PLAINTIFFS' NOTICE OF FILING OF CONSENT TO JOIN FORMS UNDER THE FAIR LABOR STANDARDS ACT
29 U.S.C. § 216(B) – CASE NO. 3:13-CV-04062

529239.1

# EXHIBIT 1

1   Bruce C. Fox, Esquire
    bruce.fox@obermayer.com
2   Yuanyou Yang, Esquire
    sunny.yang@obermayer.com
3   OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
    BNY Mellon Center, Suite 5240
4   500 Grant Street
    Pittsburgh, PA  15219
5   Tel:   (412) 566-1500
    Fax:   (412) 566-1508
6
    Laura L. Ho (SBN 173179)
7   lho@gbdhlegal.com
    Michael Caesar (SBN 280548)
8   mcaesar@gbdhlegal.com
    GOLDSTEIN, BORGEN, DARDARIAN & HO
9   300 Lakeside Drive, Suite 1000
    Oakland, CA  94612
10  Tel:   (510) 763-9800
    Fax:   (510) 835-1417
11

12  Attorneys for Plaintiffs and the Putative Class

13                    UNITED STATES DISTRICT COURT
14
                     NORTHERN DISTRICT OF CALIFORNIA
15

16  LUCIEANN TALAMANTES, ROBERT           Case No.: 3:13-cv-04062
    CAHIGAL, HECTOR GARCIA, DEWEY
17  TAKAGI, BRIAN HOLLIDAY AND TINA       CONSENT TO JOIN AS PARTY PLAINTIFF
    DIEMER, on behalf of themselves and all others
18  similarly situated,                   Hon. William H. Orrick

19          Plaintiffs,

20  vs.

21  PPG INDUSTRIES, INC.,

22          Defendant.

23

24

25

26

27

28

1.     Pursuant to 29 U.S.C. Section 216(b), I hereby give my consent to be a party plaintiff in the above-captioned action, and agree to be bound by any settlement or judgment of the Court in this action.

2.     I affirm that I was employed by Defendant, PPG Industries, Inc., or its predecessor Akzo Nobel Paints LLC, as a Home Depot Team Territory Manager/Business Development Representatives at some point during the time period from April 30, 2011 through March 31, 2013.

3.     I understand this suit is brought under the federal Fair Labor Standards Act, 29 U.S.C. Section 201, *et seq.* I have read and I understand the Notice accompanying this Consent. As a current or former Home Depot Team Territory Manager/Business Development Representative, I hereby consent, agree and opt-in to become a party plaintiff herein and to be bound by any settlement of this action or adjudication of the Court.

4.     I hereby authorize the above-named Plaintiffs, or Plaintiffs' counsel of record, to file this consent with the Clerk of the Court.

5.     Upon consideration of my rights with respect to my legal representation, I elect as follows (*Check A or B*):

   A.     ✓  I hereby further authorize the named Plaintiffs herein to retain their counsel of record or select new counsel, as they shall determine in their discretion, and I hereby further authorize such counsel to make further decisions with respect to the conduct and handling of this action, including the settlement thereof, as they deem appropriate or necessary.

   B.     ____  I am opting into this action but will retain counsel of my own choosing other than counsel of the named Plaintiffs. The attorneys' fees for such counsel will be my responsibility.

Please type or print in ink the following:

Name: _MICHAEL ALAN GILBERT_

Address: _350 FAIRFOREST WAY #6107_

_GREENVILLE    SC    29607_
(City)                (State)            (Zip)

Tel: _864-320-9120_     _SAMB_
(Day)                          (Evening)

Date: _5·26·2014_     _MA Gilbert_
                       Signature

1
CONSENT TO JOIN AS PARTY PLAINTIFF

516812.5

# EXHIBIT 2

Bruce C. Fox, Esquire
bruce.fox@obermayer.com
Yuanyou Yang, Esquire
sunny.yang@obermayer.com
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
BNY Mellon Center, Suite 5240
500 Grant Street
Pittsburgh, PA 15219
Tel:   (412) 566-1500
Fax:  (412) 566-1508

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Michael Caesar (SBN 280548)
mcaesar@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel:   (510) 763-9800
Fax:  (510) 835-1417

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIEANN TALAMANTES, ROBERT CAHIGAL, HECTOR GARCIA, DEWEY TAKAGI, BRIAN HOLLIDAY AND TINA DIEMER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>PPG INDUSTRIES, INC.,<br><br>    Defendant. | Case No.: 3:13-cv-04062<br><br>**CONSENT TO JOIN AS PARTY PLAINTIFF**<br><br>Hon. William H. Orrick |

516812.5

1.     Pursuant to 29 U.S.C. Section 216(b), I hereby give my consent to be a party plaintiff in the above-captioned action, and agree to be bound by any settlement or judgment of the Court in this action.

2.     I affirm that I was employed by Defendant, PPG Industries, Inc., or its predecessor Akzo Nobel Paints LLC, as a Home Depot Team Territory Manager/Business Development Representatives at some point during the time period from April 30, 2011 through March 31, 2013.

3.     I understand this suit is brought under the federal Fair Labor Standards Act, 29 U.S.C. Section 201, *et seq.* I have read and I understand the Notice accompanying this Consent. As a current or former Home Depot Team Territory Manager/Business Development Representative, I hereby consent, agree and opt-in to become a party plaintiff herein and to be bound by any settlement of this action or adjudication of the Court.

4.     I hereby authorize the above-named Plaintiffs, or Plaintiffs' counsel of record, to file this consent with the Clerk of the Court.

5.     Upon consideration of my rights with respect to my legal representation, I elect as follows (*Check A or B*):

A.     ✓   I hereby further authorize the named Plaintiffs herein to retain their counsel of record or select new counsel, as they shall determine in their discretion, and I hereby further authorize such counsel to make further decisions with respect to the conduct and handling of this action, including the settlement thereof, as they deem appropriate or necessary.

B.     ___   I am opting into this action but will retain counsel of my own choosing other than counsel of the named Plaintiffs. The attorneys' fees for such counsel will be my responsibility.

Please type or print in ink the following:

Name:    Kevin P. Sullivan

Address:    29117 Rosewood Ln

Highland        CA        92346
(City)            (State)        (Zip)

Tel:    661-381-8709        661-381-8709
(Day)                (Evening)

Date:    5/23/14        _____
Signature

1

i16812.5