# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 14, 2015 | **Time:** 13 minutes<br>2:05 p.m. to 2:18 p.m | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 13-cv-04062-WHO and 15-cv-319-WHO | **Case Name:** Talamantes v. PPG Industries, Inc. and Garcia v. PPG Industries, Inc. | |

**Attorney for Plaintiff:** Bruce Fox and Laura Ho
**Attorney for Defendant:** Karin Cogbill

**Deputy Clerk:** Jean Davis          **Court Reporter:** FTR Recording

## PROCEEDINGS

Parties appear for Case Management Conference. Court inquires on the status of mediation. Parties are reminded of the Court's procedure for handling discovery disputes. The parties' proposed schedule as to Case 3:15cv319, including tolling the matter through June 1, 2015, is agreeable to the Court.  Plaintiffs shall file their motion for conditional certification no later than August 15, 2015.

**Further Case Management Conference** in both cases set for **December 1, 2015 at 2:00 p.m.**

CLASS CERTIFICATION SCHEDULE (3:13cv4062-WHO)

| | |
|---|---|
| Motion to be filed: | August 12, 2015 |
| Response to be filed: | September 16, 2015 |
| Reply to be filed: | October 7, 2015 |
| Hearing to be held: | October 21, 2015 |